PROB 12C
(7/93)

Report Date: December 12, 2014

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 15 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Javier Rodriguez Tijerina, Jr.    Case Number: 2:08CR02135-EFS-1

Address of Offender: ▮

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 6, 2009

Original Offense:    Possession of Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 60 months            Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Shawn N. Anderson            Date Supervision Commenced: July 5, 2013

Defense Attorney:    Federal Defenders Office     Date Supervision Expires: July 4, 2016

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/04/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 3, 4 & 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |
| | **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |

**Supporting Evidence**: On December 8, 2014, the U.S. Probation Office received notification that law enforcement had contact with Mr. Tijerina in Spokane County. Upon following up with this information, U.S. probation staff learned that Mr. Tijerina had been contacted by Spokane County Sheriff's deputies, and was arrested for Possession of a Controlled Substance, in violation of RCW 69.50.4013(1), a class C Felony, and Possession of a Dangerous Weapon, in violation of RCW 9.41.250(A), a Gross Misdemeanor.

According to police reports, Mr. Tijerina was observed riding his bike on Sprague Avenue in Spokane Valley, Washington. Law enforcement observed that Mr. Tijerina did not have a light on his bike illuminating his presence, and as a result, police conducted a stop. Upon contact with law enforcement, Mr. Tijerina identified himself as Jaime Gonzales, with a date of birth of September 2, 1979. Mr. Tijerina then identified himself to a second officer as Jaime Gonzales, and provided him with a date of birth of September 12, 1980.

Prob12C
Re: Tijerina, Javier Rodriguez
December 12, 2014
Page 2

Based on the inconsistency in his statements, Mr. Tijerina was placed under arrest for providing false and misleading statements. During the search of Mr. Tijerina incident to arrest, a wallet was located, and law enforcement was able to properly identify Mr. Tijerina. During the continued search by law enforcement, two plastic baggies which contained marijuana, and what appeared to be small white crystals, were located. Law enforcement used a narcotics identification kit (NIK) to test the marijuana. The results came back presumptive positive for methamphetamine. In addition to the drugs, officers also located a black spring-loaded folding knife with an approximately 6-inch blade.

Mr. Tijerina was transported to jail, and booked for the above listed offenses, as well as an outstanding U.S. Marshals warrant, and a Washington State Department of Corrections (DOC) warrant. Once at the jail, Mr. Tijerina was again searched by corrections staff. During the search, corrections staff located an additional amount of suspected methamphetamine in the right front pocket of his pants. The methamphetamine and a glass smoking pipe were given back to deputies. The suspected methamphetamine located on Mr. Tijerina was NIK tested, and again the substance tested presumptive positive for methamphetamine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/Chris Heinen

12/12/2014

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

12/15/14
Date