```
PROB 12C
(6/16)
```
Report Date: January 27, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Javier Rodriguez Tijerina Jr.    Case Number: 0980 2:08CR02135-RMP-1

Address of Offender:                                Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: May 6, 2009

Original Offense:       Possession of Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison - 60 Months;         Type of Supervision: Supervised Release
                        TSR - 36 Months

Revocation Sentence:    Prison - 14 Months;
(February 3, 2015)      TSR - 22 Months

Asst. U.S. Attorney:    Shawn Nicholas Anderson     Date Supervision Commenced: June 25, 2019

Defense Attorney:       Federal Public Defender     Date Supervision Expires: June 24, 2022

## PETITIONING THE COURT

**To issue a SUMMONS.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Tijerina is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about January 23, 2020, based on urinalysis testing and the client's admission of such use. |
| | On June 25, 2019, Mr. Javier Rodriguez Tijerina Jr., signed his conditions relative to case number 2:08CR02135-TOR-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Tijerina was made aware by his U.S. probation officer that he was required to refrain the use of any illicit substance. |

Prob12C
Re: Tijerina Jr., Javier Rodriguez
January 27, 2020
Page 2

Specifically, on January 22, 2020, Mr. Tijerina was contacted by the undersigned officer and directed to report to the U.S. Probation Office in an effort to allow for the undersigned officer to address with the client his continued noncompliance with respect to his enrolled chemical dependency treatment services as a direct result of continued incurred un-excused absences on the part of the client. Mr. Tijerina reported on the day in question as directed, and was directed to submit to urinalysis testing. At the time of the directive, Mr. Tijerina admitted to ingesting methamphetamine originally occurring on Friday, January 17, 2020, with his last use of the substance occurring the day before on January 21, 2020. The client estimated his use of the substance to have occurred on approximately four separate occasions during the identified period. The client was then afforded approximately 90 minutes to submit to urinalysis testing; however, at 4:45 p.m., Mr. Tijerina remained unable to submit to testing as directed. Mr. Tijerina ultimately signed a drug use admission form documenting his use of methamphetamine as occurring most recently on January 21, 2020.

On January 23, 2020, Mr. Tijerina again reported to the U.S. Probation Office in Spokane as directed, and ultimately submitted to urinalysis testing, the result of which reflected as presumptive positive for methamphetamine, consistent with the client's admission of such use. When questioned on the events leading up to his relapse, Mr. Tijerina stated he "panicked," advising the undersigned officer he had been fired from his job and immediately assumed he would be returned to custody for being unemployed.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/27/2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/28/2020
Date